UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAIME LUEVANO,

    Plaintiff,

v.                                    CASE NO. 1:13cv227-SPM-GRJ

US SUPREME JUDGES, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation, dated November 14, 2013. (Doc. 4). The Plaintiff filed a document entitled "Motion to Re-Understand the Petition," which will be treated as an objection. (Doc 5). In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted despite the objection.

    The Plaintiff objects on grounds that his case is actually a habeas petition under 28 U.S.C. § 2241. If treated as such, dismissal without prejudice as recommended by the Magistrate Judge is still an appropriate disposition because this Court does not have jurisdiction over a habeas petition filed by a Texas prisoner challenging his Texas sentence. 28 U.S.C. § 2241(d). Furthermore, given the Court's difficulty in understanding the allegations made by the Plaintiff, dismissal, rather than transfer under 28 U.S.C. § 2241(d), is appropriate.

    The Plaintiff also objects on grounds that he is in imminent danger of serious physical injury due to the dangers he faces in prison generally. The Magistrate Judge's reference to imminent danger of serious physical injury is different from the general dangers attendant to an incarcerative sentence, however. Under § 28 U.S.C. § 1915(g), a plaintiff who is subject to the three strikes rule can proceed without prepaying the filing fee if his case involves an imminent danger of serious physical injury. The Plaintiff's case

does not involve an imminent danger of serious physical injury, so as a three-striker he cannot proceed with this case, even if it is treated as a civil case instead of a habeas corpus petition, without prepayment of the filing fee.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2. This case is DISMISSED without prejudice.

**DONE AND ORDERED** this 12th day of February, 2014.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**